IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 12-cr-00356-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL ANTONIO ROSALES-MIRANDA,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Manuel Antonio Rosales-Miranda, is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 5th day of August 2014.

    BY THE COURT:

    _____
    Judge William J. Martínez
    United States District Judge